**No. 66560.**—Sol Westheimer Co., Inc. *v.* United States, protests 59/27780 and 60/27195 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of corsages with frosted bells similar in all material respects to those the subject of Abstract 65709, the claim of the plaintiff was sustained.

**No. 66561.**—Old Importers, Inc. *v.* United States, protest 60/3182 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic bells similar in all material respects to those the subject of Abstract 65709, the claim of the plaintiff was sustained.